THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,
and DANIEL L. BLACKSTONE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE L. LEAF<br><br>Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; THE PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY; DANIEL L. BLACKSTONE; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: C 07-05820 BZ<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS** |

1  I, CIARA GARLITOS, declare:

2  I am employed in the City and County of San Francisco, State of California. My business

3  address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the

4  age of 18 years and not a party to the foregoing action.

5  On November 21, 2007, I served a copy of the **NOTICE OF REMOVAL OF ACTION**

6  **TO FEDERAL COURT**, on the interested parties in this action, along with the following

7  documents:

8      1.    Certificate of Interested Parties;

9      2.    ECF Registration Information Handout;

10     3.    Welcome to the U.S. District Court, San Francisco Packet;

11     4.    Notice of Assignment of Case to a United States Magistrate Judge for

12         Trial;

13     5.    Consent to Proceed Before a United States Magistrate Judge;

14     6.    Declination to Proceed Before a Magistrate Judge and Request for

15         Reassignment to a United States District Judge;

16     7.    Order Setting Initial Case Management Conference and ADR Deadlines;

17     8.    Standing Orders; and

18     9.    Standing Order for All Judges of the Northern District of California –

19         Contents of Joint Case Management Statement;

20 by mail, by placing a true copy thereof enclosed in a sealed envelope in a designated area for

21 outgoing mail, and addressed to:

22

23 Ronnie L. Leaf                          In Pro Per
   3233 Countryside Drive

24    San Mateo, CA 94403

25

26 At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount

27 of postage and is deposited that same day, in the ordinary course of business, in a United States

28 mailbox in the City of San Francisco, California.

-1-

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND
ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS

CASE NO. C 07-05820 BZ

1     I declare under penalty of perjury and the laws of the State of California that the
2 foregoing is true and correct and that this declaration was executed on November 21, 2007, at
3 San Francisco, California.

                                                    CIARA GARLITOS

8 E:\27251\P05.doc

-2-

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND
ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS

CASE NO. C 07-05820 BZ