THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN, LLP
44 MONTGOMERY ST., SUITE 2500
SAN FRANCISCO, CA 94104
TEL: (415) 951-0535
FAX: (415) 391-7808

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE L. LEAF

    Plaintiff(s),

v.

UNUMPROVIDENT CORPORATION, et al.

    Defendant(s).

No. C 07-05820 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11/28/07

Signature: _____

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")