**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                      415.522.2000


**December 5, 2007**

**CASE NUMBER:  CV 07-05820 BZ**
**CASE TITLE:  RONNIE L LEAF-v-UNUMPROVIDENT CORP**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARTIN J. JENKINS** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MJJ** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 12/5/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                     Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                        Special Projects
Log Book Noted                                              Entered in Computer 12/5/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                      Transferor CSA