THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,
and DANIEL L. BLACKSTONE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE L. LEAF,<br><br>       Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; THE PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY; DANIEL L. BLACKSTONE; and DOES 1 through 20 inclusive,<br><br>       Defendants. | Case No.: C 07-05820 MJJ<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE**<br><br>Date: February 26, 2008<br>Time: 9:30 a.m.<br>Courtroom: 11, 19th Floor |

DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE
CASE NO. C 07-05820 BZ

1   Defendants Unum Group (formerly known as UnumProvident Corporation), Provident Life and Accident Insurance Company, and Daniel L. Blackstone ("defendants") oppose the motion of plaintiff Ron Leaf for a continuance.

Defendants suggest that the court direct the parties to complete the ADR process and during that time plaintiff can secure counsel.

Respectfully Submitted,

KELLY, HERLIHY & KLEIN LLP

Dated: January 30, 2008   By: _____
Thomas M. Herlihy
Attorneys for Defendants
UNUM GROUP (Formerly known as
UNUMPROVIDENT CORPORATION)
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY and
DANIEL L. BLACKSTONE

E:\27251\P08.doc

-1-

PROOF OF SERVICE
*Ronnie Leaf v. UnumProvident, et al.*
USDC – Northern District – San Francisco Div.
Case No. CV 07-5820 MJJ

I, CIARA GARLITOS, declare:

I am employed in the City and County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the age of 18 years and not a party to the foregoing action.

On January 30, 2008, I served the attached **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE,** on the interested parties in said action,

__X__ **(by mail)** by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of San Francisco, California.

_____ **(by personal delivery)** by having a true copy thereof personally delivered to the person listed below by a non-interested party employed by the law firm of Kelly, Herlihy & Klein LLP.

_____ **(by Federal Express)** by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

_____ **(by facsimile transmission as indicated below)** by transmitting said document(s) from our office facsimile machine (415) 391-7808, to facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

Ronnie L. Leaf                                          In Pro Per
3233 Countryside Drive
San Mateo, CA 94403
    Fax: (650) 572-0944

I declare under penalty of perjury that I am employed by a member of the Bar of this Court at whose direction this service is made, and that this declaration is executed on January 30, 2008, at San Francisco, California.

_____
CIARA GARLITOS

PROOF OF SERVICE