Ron Leaf,
LAW OFFICES OF RON LEAF
3233 Countryside Drive
San Mateo, CA 94403
Telephone NO.: 650.341.5581
FAX No.: 650.572.0944

FILED
FEB 12 PM 4:03
[illegible] WIEKING
U.S. DISTRICT COURT
[illegible] OF CALIFORNIA

RON LEAF, In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON LEAF,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; THE PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY; DANIEL L. BLACKSTONE, and DOES 1 through 20 inclusive,<br><br>    Defendants, | Case No.: CV07-5820MJJ<br><br>PLAINTIFF'S POINTS & AUTHORITIES IN REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND<br><br>Date: February 26, 2008<br>Time: 9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Honorable Martin J. Jenkins |

**DEFENDANT DANIEL L. BLACKSTONE CAN NOT BE A "SHAM" DEFENDANT BECAUSE HE IS NOT AND NEVER HAS BEEN THE EXCLUSIVE AGENT OF THE INSURANCE COMPANY DEFENDANTS**

1.   In Defendants' Removal Notice and in their opposition to Plaintiff's Motion to Remand, Defendants continue to rely on a line of authority which applies only to exclusive or "captive" insurance agents based on the principle that the company and the agent are one and the same and cannot be sued separately.

2.   In his Motion to Remand, Plaintiff pointed this out and noted the serious inconsistency between Defendant's answer (which specifically denied that Blackstone was an agent of the Insurer Company Defendants) and Defendants contention in support of removal that Blackstone was a "sham" Defendant because he **was** an exclusive agent of the Insurers Company Defendant.

3. Plaintiff also pointed out in his Motion to Remand that the complaint herein sued Blackstone in several different capacities including "**individual or broker**". See discussion at page 2 of Plaintiff's Points and Authorities in Support of Motion to Remand.

4. In attempt to lay this matter finally to rest Plaintiff has submitted a supporting Declaration, which includes as an exhibit the Individual License Details published by the California Department of Insurance for Defendant Blackstone.

5. Considering the fact that Defendants admitted in their answer that Blackstone was never the agent of the Insurance Company Defendants and the fact that the California Department of Insurance confirms this status, the arguments of Defendants based on Blackstone's claimed agency should be disregarded and this matter remanded to State court.

Dated: February 12, 2008         By: _____
                                      Ronnie L. Leaf

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am a citizen of the United States, over the age of eighteen, and not a party to the within action. My business address is 3231 Susan Drive, San Bruno, CA 94066. On the date set forth below, I served the following:

**PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND; DECLARATION OF RON LEAF IN SUPPORT THEREOF; DECLARATION OF RON LEAF IN SUPPORT OF CONTINUANCE**

On the following person(s) in this action:

Thomas M. Herlihy, Esq. VIA FAX & US MAIL: 415-391-7808
John C. Ferry, Esq.
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, #2500
San Francisco, CA 94104-4798

in the following manner:

[X]   (BY MAIL) By placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at San Mateo, California, addressed as set forth above.

[X]   (BY FACSIMILE) By transmitting the document(s) listed above by facsimile to the offices of the person(s) listed above, at facsimile numbers listed above and having received confirmation that said documents were transmitted to said facsimile number.

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 12, 2008, at San Mateo, California.

_____
Linda Hughes

PROOF OF SERVICE