RONNIE L. LEAF
3233 Countryside Drive
San Mateo, CA 94403
Telephone NO.: 650.341.5581
FAX No.: 650.572.0944



Plaintiff, In Pro Per

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RON LEAF,

      Plaintiff,

      vs.

UNUMPROVIDENT CORPORATION; THE
PROVIDENT LIFE & ACCIDENT INSURANCE
COMPANY; DANIEL L. BLACKSTONE, and
DOES 1 through 20 inclusive,

      Defendants,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CV07-5820MJJ

DECLARATION OF PLAINTIFF RONNIE L.
LEAF IN SUPPORT OF PLAINTIFF'S REPLY
TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION TO REMAND

**Date: February 26, 2008**
**Time: 9:30 a.m.**
**Courtroom: 11, 19th Floor**
**Honorable Martin J. Jenkins**

I, RONNIE L. LEAF, declare:

1.    I am the Plaintiff in the above-entitled matter.

2.    I have personal knowledge of the matters stated herein, except as to those stated on information and belief, and could and would testify truthfully thereto if called as a witness. As to those matters stated on the basis of information and belief, I believe them to be true.

3.    When I purchased the disability income policy, which is the subject of this action I understood that Daniel L. Blackstone was a licensed insurance **broker** who obtained health, accident, life and disability insurance for businesses and members of the general public from all major carriers offering those lines of insurance. It was also my understanding that Mr. Blackstone's clients were businesses or individuals who were **purchasing** insurance and that Mr. Blackstone was not an exclusive or "captive" agent for any particular insurance company. I am informed and believe that this understanding is substantially correct. I base this belief on the Individual License Details obtained

DECLARATION OF PLAINTIFF RONNIE L. LEAF IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

1

from the California Department of Insurance Licensing database. A true and correct copy of the database information obtained on February 12, 2008, is attached hereto as Exhibit 1. I request that the court take judicial notice of that Exhibit as an official record.

14.    I declare, under penalty of perjury, under the laws of California that the foregoing is true and correct and that this declaration was executed at San Mateo, California on February 12, 2008.


Dated: February 12, 2008            By:    _____
                                          Ronnie L. Leaf

Exhibit 1

# Individual License Details

The license status information shown below represents information taken from the California Department of Insurance (CDI) licensing database at the time of your inquiry. This information may not always be current. For example, items sent to the CDI may be pending review or simply may not have yet been entered into our licensing database. For instance, continuing education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

Section 12938 (a) of the California Insurance Code, in part, requires the CDI to make all fully executed stipulations, orders, decisions, and settlements available to the public on its Web site. You can search for key documents regarding any enforcement action the department has filed against this licensee on the Enforcement Action Documents Search Page. Please note Enforcement Action Documents (i.e. legal pleadings and orders generated during the enforcement action) are available on this Web site only for enforcement actions taken on or after July 1, 2001. If an enforcement action was taken prior to July 1, 2001, this Web site will only provide a summary description of the enforcement action. Documents relating to actions taken prior to July 1, 2001 may be obtained by submitting a written request to the CDI.

**Glossary of Terms**

| | | | |
|---|---|---|---|
| Name: BLACKSTONE DANIEL LEONARD | | | License#: 0458117 |
| Resident Insurance Producer | | | |
| License type: Accident and Health | Status: Active | Status Date: 07/31/1973 | Expiration Date: 01/31/2009 |
| Resident Insurance Producer | | | |
| License type: Life-Only | Status: Active | Status Date: 07/31/1973 | Expiration Date: 01/31/2009 |
| Resident Insurance Producer | | | |
| License type: Variable Contracts | Status: Active | Status Date: 08/14/2000 | Expiration Date: 01/31/2009 |

Business Address: 8 COMMERICIAL BLVD., #B NOVATO, CA 94949

## Company Appointments

This licensee is authorized to transact on behalf of the following:

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 12/28/1995 |
| AETNA LIFE INSURANCE COMPANY | For: Life-Only | Effective: 12/28/1995 |

| | | |
|---|---|---|
| AIG ANNUITY INSURANCE COMPANY | For: Accident and Health | Effective: 11/17/2003 |
| AIG ANNUITY INSURANCE COMPANY | For: Life-Only | Effective: 11/17/2003 |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA | For: Accident and Health | Effective: 04/04/2005 |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA | For: Life-Only | Effective: 04/04/2005 |
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 01/25/2005 |
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY | For: Life-Only | Effective: 01/25/2005 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 11/25/2003 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY | For: Life-Only | Effective: 11/25/2003 |
| AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY | For: Accident and Health | Effective: 03/26/2003 |
| AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY | For: Life-Only | Effective: 03/26/2003 |
| AMERITAS LIFE INSURANCE CORP. | For: Accident and Health | Effective: 06/07/1984 |
| AMERITAS LIFE INSURANCE CORP. | For: Life-Only | Effective: 06/07/1984 |
| AMERITAS VARIABLE LIFE INSURANCE COMPANY | For: Life-Only | Effective: 05/01/2007 |
| ANNUITY INVESTORS LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 08/31/2000 |
| ANNUITY INVESTORS LIFE INSURANCE COMPANY | For: Life-Only | Effective: 08/31/2000 |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY* | For: Accident and Health | Effective: 12/01/1993 |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY* | For: Life-Only | Effective: 12/01/1993 |
| ASSURITY LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 09/25/2003 |
| ASSURITY LIFE INSURANCE COMPANY | For: Life-Only | Effective: 09/25/2003 |
| AXA EQUITABLE LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 09/23/2004 |
| AXA EQUITABLE LIFE INSURANCE COMPANY | For: Life-Only | Effective: 09/23/2004 |
| BANNER LIFE INSURANCE COMPANY | For: Accident | Effective: 02/10/1997 |

and Health

| BANNER LIFE INSURANCE COMPANY | For: Life-Only | Effective: 02/10/1997 |
|---|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA | For: Accident and Health | Effective: 06/01/2001 |
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA | For: Life-Only | Effective: 06/01/2001 |
| BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY | For: Accident and Health | Effective: 07/01/1987 |
| BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY | For: Life-Only | Effective: 07/01/1987 |
| CELTIC INSURANCE COMPANY | For: Accident and Health | Effective: 07/03/1986 |
| CELTIC INSURANCE COMPANY | For: Life-Only | Effective: 07/03/1986 |
| CONTINENTAL CASUALTY COMPANY | For: Life and Disability | Effective: 07/20/1976 |
| CROWN LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 09/14/1989 |
| CROWN LIFE INSURANCE COMPANY | For: Life-Only | Effective: 09/14/1989 |
| FIDELITY SECURITY LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 03/17/2004 |
| FIDELITY SECURITY LIFE INSURANCE COMPANY | For: Life-Only | Effective: 03/17/2004 |
| FIRST CONTINENTAL LIFE & ACCIDENT INSURANCE CO. | For: Accident and Health | Effective: 09/20/1995 |
| FIRST CONTINENTAL LIFE & ACCIDENT INSURANCE CO. | For: Life-Only | Effective: 09/20/1995 |
| GENERAL AMERICAN LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 10/18/2006 |
| GENERAL AMERICAN LIFE INSURANCE COMPANY | For: Life-Only | Effective: 10/18/2006 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | For: Accident and Health | Effective: 03/12/1997 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | For: Life-Only | Effective: 03/12/1997 |
| GENWORTH LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 04/09/2003 |
| GENWORTH LIFE INSURANCE COMPANY | For: Life-Only | Effective: 04/09/2003 |
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA (THE) | For: Accident and Health | Effective: 05/18/1978 |
| GUARDIAN LIFE INSURANCE | For: Life-Only | Effective: 05/18/1978 |



COMPANY OF AMERICA (THE)

| | | |
|---|---|---|
| HEALTH NET LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 12/01/2004 |
| HEALTH NET LIFE INSURANCE COMPANY | For: Life-Only | Effective: 12/01/2004 |
| INDIANAPOLIS LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 03/16/2006 |
| INDIANAPOLIS LIFE INSURANCE COMPANY | For: Life-Only | Effective: 03/16/2006 |
| JACKSON NATIONAL LIFE INSURANCE COMPANY | For: Life-Only | Effective: 08/30/2006 |
| JOHN ALDEN LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 05/29/1986 |
| JOHN ALDEN LIFE INSURANCE COMPANY | For: Life-Only | Effective: 05/29/1986 |
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) | For: Accident and Health | Effective: 03/31/2004 |
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) | For: Life-Only | Effective: 03/31/2004 |
| JOHN HANCOCK LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 02/27/2003 |
| JOHN HANCOCK LIFE INSURANCE COMPANY | For: Life-Only | Effective: 02/27/2003 |
| KAISER PERMANENTE INSURANCE COMPANY | For: Disability Only | Effective: 01/08/2007 |
| KEMPER INVESTORS LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 03/01/2001 |
| KEMPER INVESTORS LIFE INSURANCE COMPANY | For: Life-Only | Effective: 03/01/2001 |
| LIFE INSURANCE COMPANY OF THE SOUTHWEST | For: Accident and Health | Effective: 02/09/2006 |
| LIFE INSURANCE COMPANY OF THE SOUTHWEST | For: Life-Only | Effective: 02/09/2006 |
| LINCOLN BENEFIT LIFE COMPANY | For: Accident and Health | Effective: 01/20/2004 |
| LINCOLN BENEFIT LIFE COMPANY | For: Life-Only | Effective: 01/20/2004 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY (THE) | For: Accident and Health | Effective: 01/02/2001 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY (THE) | For: Life-Only | Effective: 01/02/2001 |
| METLIFE INSURANCE COMPANY OF | For: Accident | Effective: 02/24/1984 |

| CONNECTICUT | and Health | |
| METLIFE INSURANCE COMPANY OF CONNECTICUT | For: Life-Only | Effective: 02/24/1984 |
| METLIFE INVESTORS USA INSURANCE COMPANY | For: Accident and Health | Effective: 10/14/2005 |
| METLIFE INVESTORS USA INSURANCE COMPANY | For: Life-Only | Effective: 10/14/2005 |
| METROPOLITAN LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 08/10/1992 |
| METROPOLITAN LIFE INSURANCE COMPANY | For: Life-Only | Effective: 08/10/1992 |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 12/27/2006 |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY | For: Life-Only | Effective: 12/27/2006 |
| MINNESOTA LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 02/10/2004 |
| MINNESOTA LIFE INSURANCE COMPANY | For: Life-Only | Effective: 02/10/2004 |
| MONY LIFE INSURANCE COMPANY OF AMERICA | For: Accident and Health | Effective: 11/07/2003 |
| MONY LIFE INSURANCE COMPANY OF AMERICA | For: Life-Only | Effective: 11/07/2003 |
| MUTUAL OF OMAHA INSURANCE COMPANY | For: Disability Only | Effective: 03/11/2005 |
| NATIONAL BENEFIT LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 07/31/1986 |
| NATIONAL BENEFIT LIFE INSURANCE COMPANY | For: Life-Only | Effective: 07/31/1986 |
| NATIONWIDE LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 11/06/2006 |
| NATIONWIDE LIFE INSURANCE COMPANY | For: Life-Only | Effective: 11/06/2006 |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE | For: Accident and Health | Effective: 01/13/1992 |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE | For: Life-Only | Effective: 01/13/1992 |
| OM FINANCIAL LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 03/02/2007 |
| OM FINANCIAL LIFE INSURANCE COMPANY | For: Life-Only | Effective: 03/02/2007 |



| PACIFICARE LIFE AND HEALTH INSURANCE COMPANY | For: Accident and Health | Effective: 11/13/2003 |
| PACIFICARE LIFE AND HEALTH INSURANCE COMPANY | For: Life-Only | Effective: 11/13/2003 |
| PAUL REVERE LIFE INSURANCE COMPANY (THE) | For: Accident and Health | Effective: 11/17/1975 |
| PAUL REVERE LIFE INSURANCE COMPANY (THE) | For: Life-Only | Effective: 11/17/1975 |
| PENNSYLVANIA LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 06/29/1989 |
| PENNSYLVANIA LIFE INSURANCE COMPANY | For: Life-Only | Effective: 06/29/1989 |
| PRIMERICA LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 07/31/1973 |
| PRIMERICA LIFE INSURANCE COMPANY | For: Life-Only | Effective: 07/31/1973 |
| PRINCIPAL LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 09/21/1992 |
| PRINCIPAL LIFE INSURANCE COMPANY | For: Life-Only | Effective: 09/21/1992 |
| PROTECTIVE LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 06/16/1995 |
| PROTECTIVE LIFE INSURANCE COMPANY | For: Life-Only | Effective: 06/16/1995 |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY | For: Accident and Health | Effective: 05/29/1975 |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY | For: Life-Only | Effective: 05/29/1975 |
| PRUCO LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 12/01/2003 |
| PRUCO LIFE INSURANCE COMPANY | For: Life-Only | Effective: 12/01/2003 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA (THE) | For: Accident and Health | Effective: 09/28/1977 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA (THE) | For: Life-Only | Effective: 09/28/1977 |
| RELIASTAR LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 01/17/2001 |
| RELIASTAR LIFE INSURANCE COMPANY | For: Life-Only | Effective: 01/17/2001 |
| STANDARD INSURANCE COMPANY | For: Accident and Health | Effective: 06/16/1994 |



| | | |
|---|---|---|
| STANDARD INSURANCE COMPANY | For: Life-Only | Effective: 06/16/1994 |
| SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.) | For: Accident and Health | Effective: 07/18/2003 |
| SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.) | For: Life-Only | Effective: 07/18/2003 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 05/23/1975 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY | For: Life-Only | Effective: 05/23/1975 |
| UNION CENTRAL LIFE INSURANCE COMPANY (THE) | For: Accident and Health | Effective: 07/12/1999 |
| UNION CENTRAL LIFE INSURANCE COMPANY (THE) | For: Life-Only | Effective: 07/12/1999 |
| UNION SECURITY INSURANCE COMPANY | For: Accident and Health | Effective: 10/01/1991 |
| UNION SECURITY INSURANCE COMPANY | For: Life-Only | Effective: 10/01/1991 |
| UNITED HOME LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 06/17/1982 |
| UNITED HOME LIFE INSURANCE COMPANY | For: Life-Only | Effective: 06/17/1982 |
| UNITED OF OMAHA LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 06/02/1993 |
| UNITED OF OMAHA LIFE INSURANCE COMPANY | For: Life-Only | Effective: 06/02/1993 |
| UNITED WORLD LIFE INSURANCE COMPANY | For: Disability Only | Effective: 03/20/2007 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | For: Accident and Health | Effective: 10/18/1990 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | For: Life-Only | Effective: 10/18/1990 |
| WEST COAST LIFE INSURANCE COMPANY | For: Accident and Health | Effective: 10/12/1998 |
| WEST COAST LIFE INSURANCE COMPANY | For: Life-Only | Effective: 10/12/1998 |
| WESTERN RESERVE LIFE ASSURANCE CO OF OHIO | For: Accident and Health | Effective: 08/29/2000 |
| WESTERN RESERVE LIFE ASSURANCE CO OF OHIO | For: Life-Only | Effective: 08/29/2000 |

Records 1 to 134

**Continuing Education**    **Certification Letters**

If you have any questions about the license information you retrieved, please see the most commonly asked questions in our License Questions and Answers section. If you need further assistance, please call CDI's Producer License Bureau at **(800) 967-9331 or (916) 322-3555**, or send an e-mail to Producer Licensing Bureau Please be sure to include your name, license number, e-mail address and telephone number in all correspondence with the Department.

Need Help?

Last Revised - October 01, 2007 07:16 AM
Copyright © California Department of Insurance