RONNIE L. LEAF
3233 Countryside Drive
San Mateo, CA 94403
Telephone NO.: 650.341.5581
FAX No.: 650.572.0944

Plaintiff, In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON LEAF,<br><br>        Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; THE PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY; DANIEL L. BLACKSTONE, and DOES 1 through 20 inclusive,<br><br>        Defendants, | Case No.: CV07-5820MJJ<br><br>DECLARATION OF RONNIE L. LEAF IN SUPPORT OF REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE<br><br>Date: February 26, 2008<br>Time: 9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Honorable Martin J. Jenkins |

I, RONNIE L. LEAF, declare:

1. I am the Plaintiff in the above-entitled matter.

2. I have personal knowledge of the matters stated herein, except as to those stated on information and belief, and could and would testify truthfully thereto if called as a witness. As to those matters stated on the basis of information and belief, I believe them to be true.

3. Attached hereto as Exhibit 2 is a letter dated January 25, 2005, from Samuel Y. Chan, M.D., who was my cardiologist at that time. That letter recommends that I make no further appearances in court because of the risk of further stroke.

4. The letter from Dr. Chan and a number of other medical records outlining the details of my various disabilities are contained in the claims file maintained by Defendants and their attorneys herein.

DECLARATION OF RONNIE L. LEAF IN SUPPORT OF REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE

1

5.  Subsequent to that letter I became eligible for Medicare and enrolled in the Kaiser Permanente Senior Advantage HMO program. My doctors at Kaiser are still providing diagnosis and treatment services in attempt to establish workable protocols for management of high blood-pressure, management of chronic pain, and management of a pulmonary disorder, which may have become chronic.

6.  At the present time my activities are limited to those, which involve relatively low stress and which can be completed within a one to two hour time period. I am currently required to wear a blood-pressure wrist monitor and maintain short and quick acting medication in my possession in the event that I encounter a stressful situation which elevates my blood-pressure beyond a safe range. In the event that my blood-pressure cannot be maintained within a safe range using the prescribed medication, I have been instructed to extricate myself from stressful circumstances at all costs.

7.  I note that Defendants do not dispute my disabilities but request that the court force me to participate in the ADR process and, at the same time, arrange to secure counsel.

8.  Participation in any ADR process and travel for more than a few miles are currently clearly beyond the present limitations on my activities. Furthermore, the speech impairment from my stroke would place me at a severe disadvantage if I was forced to proceed without counsel. Medical confirmation of these matters can be provided if the court so desires.

9.  In an attempt to mitigate the inconvenience to Defendants or to the court caused by my disabilities I have provided a substantial volume of free discovery to Defendants and attempted to settle the matter for a significantly discounted amount. The response from Defendant leaves it unclear at this point whether it has any interest in settling for a reasonable amount or whether it intends to seek the assistance of this court to gain tactical advantage from my disabilities. In any event, I hope to explore the possibility of settlement further, once my current condition improves

14.  I declare, under penalty of perjury, under the laws of California that the foregoing is true and correct and that this declaration was executed at San Mateo, California on February 12, 2008.

Dated: February 12, 2008     By: _____Ronnie J. Leaf_____
                                  Ronnie L. Leaf

DECLARATION OF RONNIE L. LEAF IN SUPPORT OF REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE

2

Exhibit 2

Case 3:07-cv-05820-MMC    Document 15    Filed 02/12/2008    Page 3 of 4

# Cardiovascular Associates of the Peninsula

Interventional and Consultative Cardiology
Cardiovascular Nuclear Medicine
Electrophysiology and Cardiac Pacing

Date: 1/25/2005

To: Whom it may concern

Subject: Ronnie L. Leaf
DOB:    8/20/1940

Mr. Ronnie Leaf has been under my care for hypertension for the past 4 1/2 years. Recently he suffered a hypertensive stroke with residual speech impairment and mild left sided body weakness while he was appearing in court in a stressful situation. He was hospitalized from 12/6 to 12/7/2004. His blood pressure remained elevated requiring further adjustments of his medication. He is at risk for further stroke if his blood pressure is not under control and if he continues to be under stress from his job related activities. I strongly recommended that he should not appear in court indefinitely.

Your assistant in this matter is appreciated. Please feel free to contact me if there is any further questions.

Sincerely,

Samuel Y. Chan, M.D., F.A.C.C.

cc: *Donald Nichols, M.D.*