IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE L. LEAF,                    )
                                   )
                                   )
            Plaintiff(s),          )        NO.  C-07-5820  MMC
                                   )
      vs.                          )
                                   )        CASE MANAGEMENT
UNUMPROVIDENT CORP, et al.,        )        CONFERENCE ORDER
                                   )
            Defendant(s),  )
_____   )

        IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil
Procedure, and Civil L.R. 16-2, a Case Management Conference will be held in this case before
the Honorable Maxine M. Chesney on  March 14, 2008   at 10:30 a.m. in Courtroom No. 7,
19th floor Federal Building.

        Plaintiff(s) shall serve copies of this Order and the Court's Standing Orders at once on all
parties to this action, and on any parties subsequently joined, in accordance with the provisions
of Fed.R.Civ.P. 4 and 5.  Following service, plaintiff(s) shall file a certificate of service with the
Clerk of this Court.

        Counsel are directed to confer in advance of the Case Management Conference with
respect to all of the agenda items listed in the *Standing Order for All Judges of the Northern
District of California/Contents of Joint Case Management Statement.* Not less than seven days
before the conference, counsel shall file a joint case management statement addressing each
agenda item.  Failure to file a joint statement shall be accompanied by a signed declaration
setting forth the grounds for such failure.

        Each party shall be represented at the Case Management Conference by counsel prepared
to address all of the matters referred to in this Order, and with authority to enter stipulations and
make admissions pursuant to this Order.

        Any request to reschedule the above dates shall be made in writing, and, if possible, by

stipulation. Unless impracticable, such request shall be made not less than ten days before the conference date.  Good cause must be shown.

       Failure to comply with this Order or the Local Rules of this Court may result in sanctions.  See Fed.R.Civ.P. 16(f); Civil L.R. 1-4.

       IT IS SO ORDERED.

Dated:   February 20, 2008.


MAXINE M. CHESNEY
United States District Judge