1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
5  Email: herlihy@kelher.com
          jferry@kelher.com
6
7  Attorneys for Defendants
   UNUM GROUP (formerly known as
8  UNUMPROVIDENT CORPORATION),
   PROVIDENT LIFE AND ACCIDENT
9  INSURANCE COMPANY,
10 and DANIEL L. BLACKSTONE

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14
   RONNIE L. LEAF                          )   Case No.:  C 07-05820 MMC
15                                          )
          Plaintiff,                        )
16                                          )   **PROOF OF SERVICE**
       vs.                                  )
17                                          )
   UNUMPROVIDENT CORPORATION; THE           )
18 PROVIDENT LIFE & ACCIDENT                )
   INSURANCE COMPANY; DANIEL L.             )
19 BLACKSTONE; and DOES 1 through 20        )
20 inclusive,                               )
                                            )
21        Defendants.                       )
                                            )
22                                          )

23
24
25
26
27
28

---

PROOF OF SERVICE

CASE NO. C 07-05820 MMC

PROOF OF SERVICE
*Ronnie Leaf v. UnumProvident, et al.*
USDC – Northern District – San Francisco Div.
Case No. CV 07-5820 MMC

I, CIARA GARLITOS, declare:

I am employed in the City and County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the age of 18 years and not a party to the foregoing action.

On February 20, 2008, I served the attached **CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**, on the interested parties in said action,

__X__ **(by mail)** by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of San Francisco, California.

____ **(by personal delivery)** by having a true copy thereof personally delivered to the person listed below by a non-interested party employed by the law firm of Kelly, Herlihy & Klein LLP.

____ **(by Federal Express)** by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

____ **(by facsimile transmission as indicated below)** by transmitting said document(s) from our office facsimile machine (415) 391-7808, to facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

Ronnie L. Leaf                                          In Pro Per
3233 Countryside Drive
San Mateo, CA 94403
     Fax: (650) 572-0944

I declare under penalty of perjury that I am employed by a member of the Bar of this Court at whose direction this service is made, and that this declaration is executed on February 20, 2008, at San Francisco, California.

_____
CIARA GARLITOS

PROOF OF SERVICE