1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
5  Email: herlihy@kelher.com
          jferry@kelher.com
6
7  Attorneys for Defendants
   UNUM GROUP (formerly known as
8  UNUMPROVIDENT CORPORATION),
   PROVIDENT LIFE AND ACCIDENT
9  INSURANCE COMPANY,
10 and DANIEL L. BLACKSTONE

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 RONNIE L. LEAF                      ) Case No.:   C 07-05820 MMC
                                       )
16         Plaintiff,                  ) **NOTICE OF SETTLEMENT**
                                       )
17     vs.                             )
                                       )
18 UNUMPROVIDENT CORPORATION; THE      )
   PROVIDENT LIFE & ACCIDENT           )
19 INSURANCE COMPANY; DANIEL L.        )
   BLACKSTONE; and DOES 1 through 20   )
20 inclusive,                          )
                                       )
21         Defendants.                 )
                                       )
22                                     )

23

24

25

26

27

28

NOTICE OF SETTLEMENT

CASE NO. C 07-05820 BZ

1  TO THE CLERK OF THE COURT:

2  Please be advised that the parties, plaintiff Ronnie L. Leaf and defendants Unum Group
3  (formerly known as UnumProvident Corporation), Provident Life and Accident Insurance
4  Company and Daniel L. Blackstone have settled the above entitled action. A stipulation of
5  dismissal and (proposed) order will be filed within the next ten (10) days.

7  Respectfully submitted,

8  KELLY, HERLIHY & KLEIN LLP

10  Dated: March 6, 2008    By _____
11  Thomas M. Herlihy
    Attorneys for Defendants
12  UNUM GROUP (Formerly known as
    UNUMPROVIDENT CORPORATION)
13  PROVIDENT LIFE AND ACCIDENT
    INSURANCE COMPANY and
14  DANIEL L. BLACKSTONE

17  E:\27251\P10.doc