**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: MAR 14 2008

C-07-5820-MMC

RONNIE L. LEAF          v   UNUMPROVIDENT CORPORATION et al

Attorneys:   NO APPEARANCE        NO APPEARANCE

Deputy Clerk: **TRACY LUCERO**          Reporter: NOT REPORTED

**PROCEEDINGS:**                                      **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference

**ORDERED AFTER HEARING:**

_____

_____

( ) ORDER TO BE PREPARED BY:   Plntf_____ Deft_____ Court_____

( ) Referred to Magistrate For:_____
    ( )By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                        Type of Trial: ( )Jury    ( )Court
Notes: _____
_____