

THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,
and DANIEL L. BLACKSTONE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE L. LEAF<br><br>       Plaintiff,<br><br>  vs.<br><br>UNUMPROVIDENT CORPORATION; THE PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY; DANIEL L. BLACKSTONE; and DOES 1 through 20 inclusive,<br><br>      Defendants. | Case No.: C 07-05820 MJJ<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

STIPULATION OF DISMISSAL AND ORDER THEREON

CASE NO. C 07-05820 BZ

1    It is hereby stipulated by and between the parties to this action, plaintiff Ronnie L. Leaf

2    and defendants Unum Group (formerly known as UnumProvident Corporation), Provident Life

3    and Accident Insurance Company and Daniel L. Blackstone, through their attorneys of record,

4    Ronnie L. Leaf, Esq., In Pro Per, and Kelly, Herlihy & Klein, LLP on behalf of defendants

5    Unum Group, Provident Life and Accident Insurance Company and Daniel L. Blackstone, that

6    the above captioned action has settled, with the parties to bear their own respective fees and

7    costs, and the above captioned matter can be and hereby is dismissed with prejudice in its

8    entirety pursuant to FRCP 41(a)(1).

9    **IT IS SO STIPULATED**

10

11    RONNIE L. LEAF

12

13    Dated: March 8, 2008    By _____

14    Ronnie L. Leaf, Esq.

15    In Pro Per

16

17    KELLY, HERLIHY & KLEIN LLP

18

19    Dated: March 17, 2008    By _____

20    Thomas M. Herlihy

21    Attorneys for Defendants

22    UNUM GROUP (Formerly known as

23    UNUMPROVIDENT CORPORATION)

24    PROVIDENT LIFE AND ACCIDENT

25    INSURANCE COMPANY and

26    DANIEL L. BLACKSTONE

27

28

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Good cause appearing therefore, the Court dismisses with prejudice the entire action, each party to bear its own fees and costs.

IT IS SO ORDERED

Dated:_____, 2008

_____
UNITED STATES DISTRICT JUDGE

E:\27251\P06.doc

-2-

STIPULATION OF DISMISSAL AND ORDER THEREON

CASE NO.  C 07-05820 BZ