1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
5  Email: herlihy@kelher.com
           jferry@kelher.com
6
7  Attorneys for Defendants
   UNUM GROUP (formerly known as
8  UNUMPROVIDENT CORPORATION),
   PROVIDENT LIFE AND ACCIDENT
9  INSURANCE COMPANY,
10 and DANIEL L. BLACKSTONE

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14
   RONNIE L. LEAF                    ) Case No.: C 07-05820 ~~MJJ~~  MMC
15                                   )
           Plaintiff,                )
16                                   ) **STIPULATION OF DISMISSAL AND**
       vs.                           ) **ORDER THEREON**
17                                   )
   UNUMPROVIDENT CORPORATION; THE    )
18 PROVIDENT LIFE & ACCIDENT         )
   INSURANCE COMPANY; DANIEL L.      )
19 BLACKSTONE; and DOES 1 through 20 )
20 inclusive,                        )
                                     )
21         Defendants.               )
                                     )
22                                   )

1   It is hereby stipulated by and between the parties to this action, plaintiff Ronnie L. Leaf
2   and defendants Unum Group (formerly known as UnumProvident Corporation), Provident Life
3   and Accident Insurance Company and Daniel L. Blackstone, through their attorneys of record,
4   Ronnie L. Leaf, Esq., In Pro Per, and Kelly, Herlihy & Klein, LLP on behalf of defendants
5   Unum Group, Provident Life and Accident Insurance Company and Daniel L. Blackstone, that
6   the above captioned action has settled, with the parties to bear their own respective fees and
7   costs, and the above captioned matter can be and hereby is dismissed with prejudice in its
8   entirety pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED**

RONNIE L. LEAF

Dated: March 8, 2008        By _____
                                Ronnie L. Leaf, Esq.
                                In Pro Per

KELLY, HERLIHY & KLEIN LLP

Dated: March 17, 2008       By _____
                                Thomas M. Herlihy
                                Attorneys for Defendants
                                UNUM GROUP (Formerly known as
                                UNUMPROVIDENT CORPORATION)
                                PROVIDENT LIFE AND ACCIDENT
                                INSURANCE COMPANY and
                                DANIEL L. BLACKSTONE

**ORDER**

Good cause appearing therefore, the Court dismisses with prejudice the entire action, each party to bear its own fees and costs.

IT IS SO ORDERED

Dated: March 21, 2008

*[signature]*
UNITED STATES DISTRICT JUDGE

E:\27251\P06.doc